UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Christeen H. Martin, ) | | |
| ) | C/A No.: 6:11-cv-02911-GRA | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | (Written Opinion) | |
| Greenville Hospital System, ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

This matter comes before the Court for a review of Magistrate Judge Jacquelyn D. Austin's Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Civil Rule 73.02(B)(2)(g) DSC.  Plaintiff brought this action alleging claims of race discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) *et seq.* ("Title VII") and 42 U.S.C. § 1981.  *See* ECF No. 1.

Defendant filed a Motion for Summary Judgment on July 20, 2012.  ECF No. 19.  Plaintiff filed a response in opposition to Defendant's motion on August 27, 2012 to which Defendant filed a reply on August 31, 2012.  *See* ECF Nos. 21 & 24.  On October 31, 2012, Magistrate Judge Austin issued a Report and Recommendation in which she recommended that Defendant's motion be granted.  ECF No. 32.

The Magistrate Judge makes only a recommendation to this Court.  The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court.  *Mathews v. Weber*, 423 U.S. 261, 270–71 (1976).  This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this

Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate with instructions." *Id.* However, in the absence of specific objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198 (4th. Cir. 1983). Additionally, any party who fails to file timely, written objections to the Magistrate Judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. *United States v. Schrone*, 727 F.2d 91 (4th Cir. 1984), *cert denied*, 467 U.S. 1208 (1984). Neither party filed any objections to the Report and Recommendation.

After reviewing the Magistrate Judge's Report and Recommendation and relevant case law, this Court finds that the Report and Recommendation applies sound legal principles to the facts of this case. Therefore, this Court adopts it in its entirety.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Summary Judgment is GRANTED, and the case is hereby DISMISSED.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

December 4, 2012
Anderson, South Carolina